Pars Michigan UIC Purchases & Pars Weighted Days to Pay Invoices

Sources: DX-447, DX-516
Unilever Opening Statement

DX-535

EXHIBIT D